

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-15-00376-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04550
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

Appellant, who is incarcerated, has filed an affidavit of inability to pay costs with regard to this appeal.  We have reviewed appellant's affidavit and agree he is indigent.  Accordingly, we **GRANT** appellant indigence status and **ORDER** that he pay no costs.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court